# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MATTHEW SALTZER, | : | No. 61 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DAVID ROLKA AND ROBERT LOUBE, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.